UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXTRA SPACE MANAGEMENT, INC., a Utah Corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 2:18-cv-07651-JLS-KES<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Action Filed: July 2, 2018<br>Action Removed: August 31, 2018<br>Trial Date: None Set |

JS-6

# ORDER

The Court, having read and considered Plaintiff Jose Garcia ("Plaintiff") and Defendant Extra Space Management, Inc.'s ("Defendant") Stipulation for Dismissal Without Prejudice Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby enters the following ORDER:

Plaintiff's lawsuit against Defendant, United States District Court, Central District of California, Case No. 2:18-cv-07651-JLS-KES, is dismissed in its entirety, without prejudice;

**IT IS SO ORDERED.**

Dated: November 26, 2018

_____
Honorable Josephine L. Staton
United States District Judge